IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CADENCE BANK, N.A.,**

    **Plaintiff,**

v.                                                      No. 2:09-cv-02540-BBD-cgc

**LATTING ROAD PARTNERS, LLC,**
**WILLIAM D. MILLER, and**
**WILLIAM R. HYNEMAN,**

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL MOTION
## FOR ATTORNEYS' FEES AND COSTS

On June 22, 2010, Plaintiff Cadence Bank, N.A. filed a Supplemental Motion for Attorney Fees and Costs (D.E. #36). The instant motion was referred to United States Magistrate Judge Charmiane G. Claxton for determination (D.E. #37).

Pursuant to Local Rule 7.2, Defendants were required to respond to this motion within fifteen days after service of the motion. L.R. 7.2(a). To date, no response has been filed. Accordingly, based upon Defendants' failure to respond and upon the Court's determination that the supplemental request for attorneys' fees and costs is reasonable, Plaintiff's Motion for Attorneys' Fees and Costs is GRANTED.

**IT IS SO ORDERED** this 16th day of August, 2010.

                                                             s/ Charmiane G. Claxton
                                                             CHARMIANE G. CLAXTON
                                                             UNITED STATES MAGISTRATE JUDGE